### (June 11, 1940.)

BERLIN PAULIN COHEN, a Stockholder of CITIES SERVICE COMPANY, Suing on Behalf of Herself and All Other Stockholders Similarly Situated and on Behalf of and in the Right of CITIES SERVICE COMPANY, Appellant, v. MERLIN H. AYLESWORTH and Others, Defendants; CHARLES A. FRUEAUFF and JOHN M. McMILLIN, Respondents.— On argument, order granting a stay reversed on the law, without costs, and motion denied, without costs, without prejudice to an application for consolidation on notice to all parties in both actions. Respondents may serve their answer within ten days from the entry of the order hereon, without prejudice to any motion they may wish to make for consolidation. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

### (June 17, 1940.)

HARRY BIRKMIER, Appellant, v. UNEEDA JAMAICA, INC., Respondent, and Others, Defendants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 924.] The following question is certified: Does the complaint state facts sufficient to constitute a cause of action? Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

WILLIAM H. BISHOP and Others, Appellants, v. JOHN T. BISHOP and Others, Individually and as Administrators, etc., of JOHN THOMAS SMITH, Sometimes Known as EDWARD SMITH, Deceased, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

BROOKLYN TRUST COMPANY, as Trustee under a Declaration of Trust for the Benefit of Certificate Holders under Guarantee No. 170864 of BOND AND MORTGAGE GUARANTEE COMPANY, Plaintiff, v. ISAAC LEVIN REALTY CORPORATION and Others, Defendants. In the Matter of the Application of BROOKLYN TRUST COMPANY, as Trustee under a Declaration of Trust for the Benefit of Certificate Holders under Guarantee No. 170864 of BOND AND MORTGAGE GUARANTEE COMPANY, for an Order to Enter a Deficiency Judgment against the Defendant ISAAC LEVIN REALTY CORPORATION. BROOKLYN TRUST COMPANY, as Trustee, etc., Respondent; ISAAC LEVIN REALTY CORPORATION, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

ROCCO COMMISSO, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant, Respondent, and QUEENS COUNTY SAVINGS BANK, Appellant.— Motion